UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES; TRANZ
TECHNOLOGIES,

                        Plaintiffs,

            -against-

SAMSUNG,

                        Defendant.

25cv9475 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 2, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

Dated:    March 6, 2026
          New York, New York


                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge